Circuit Court for Baltimore City
Case No. 24-C-18-000515

IN THE SUPREME COURT

OF MARYLAND

Petition No. 354

September Term, 2025

_____

MAYOR & CITY COUNCIL OF
BALTIMORE

v.

MCKESSON CORPORATION, et al.

_____

Fader, C.J.,
Watts,
Booth,
Biran,
Gould,
Eaves,
Killough,
            JJ.

_____

PER CURIAM ORDER

_____

Filed: April 24, 2026

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk

MAYOR & CITY COUNCIL OF
BALTIMORE

v.

MCKESSON CORPORATION, et al.

\* IN THE

\* SUPREME COURT

\* OF MARYLAND

\* Petition No. 354
September Term, 2025

\*

\* (No. 1643, Sept. Term, 2025
Appellate Court of Maryland)

\* (Cir. Ct. No. 24-C-18-000515)

O R D E R

In consideration of the record in this case, the petitions for writ of certiorari, and in light of the Court's recent decision in *Express Scripts, Inc., et al. v. Anne Arundel County, Maryland*, ___ Md. ___, Misc. No. 1, Sept. Term, 2025 (March 23, 2026), it is this 24th day of April 2026, by the Supreme Court of Maryland,

ORDERED that the petitions for writ of certiorari are granted; and it is further

ORDERED that the judgment of the Circuit Court for Baltimore City is vacated and the case is remanded to that court for further proceedings consistent with this Court's opinion in *Express Scripts*.



/s/ Matthew J. Fader
Chief Justice